EDWARD L. GREEN, *ET AL.*, PETITIONERS-RESPONDENTS, v. BELL CLEANERS, RESPONDENT-PETITIONER.

See same case below:  65 *N. J. Super.* 311.

*Messrs. Lenox, Giordano & Lenox* and *Mr. Richard J. S. Barlow, Jr.,* for the petitioner.

*Mr. David Roskein, Mr. Jacob L. Balk* and *Mr. Seymour B. Jacobs* for the respondent.

April 17, 1961.  Granted.

MARY BARRETT, PLAINTIFF-RESPONDENT, v. KILL VON KULL FERRY CO., DEFENDANT-PETITIONER.

*Messrs. Lamb, Langan & Blake* and *Mr. H. Curtis Meanor* for the petitioner.

*Mr. Francis Sorin* for the respondent.

April 17, 1961.  Denied.